# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CLAUDIUS D. JOHNSON                                                                      PLAINTIFF

VS.                                    Case No.  4:13CV00476 SWW

CITY OF LITTLE ROCK, ARKANSAS                                              DEFENDANT(S)

### ORDER

    The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, because the City of Little Rock has been added to her recusal list.

    IT IS SO ORDERED this 21st day of January 2014.

                                        AT THE DIRECTION OF THE COURT
                                        JAMES W. McCORMACK, CLERK

                                        BY:  /s/ Cecilia Norwood
                                              Courtroom Deputy to
                                              U.S. District Judge Susan Webber Wright