4:13CV476

# VERDICT FORM

NOTE: Complete the following paragraph by writing in the name required by your verdict.

On the race discrimination claim of plaintiff Claudius Johnson, as submitted in Instruction 8, we find in favor of:

_____   or   __DEFENDANT CITY OF LITTLE ROCK__
(Plaintiff Claudius Johnson)              (Defendant City of Little Rock)

NOTE: Answer the next question only if the above finding is in favor of Claudius Johnson. If the above finding is in favor of defendant, have your foreperson sign and date this form because you have completed your deliberations with respect to this claim.

We find Johnson's damages, as submitted in Instruction 11, to be:

$ _____ (stating the amount, or, if you find Johnson's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

__[signature]__                              __5/13/2015__
(Signature of Foreperson)                    (Date)

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
MAY 1 3 2015
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
       DEPUTY CLERK

17